IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

PHILLIP JAY STERLING, JR.                                                                                    PLAINTIFF

v.                                            Case No. 6:21-cv-06115

SHERIFF TRAVIS HILL,
Pike County, Arkansas                                                                                          DEFENDANT

## ORDER

Before the Court is the Report and Recommendation filed April 15, 2022, by the Honorable Mark E. Ford, Chief United States Magistrate Judge for the Western District of Arkansas. (ECF No. 23). Plaintiff proceeds in this 42 U.S.C. § 1983 action *pro se* and *in forma pauperis*. Judge Ford recommended that Defendant's Motion for Summary Judgment (ECF No. 16) be granted. Plaintiff filed objections to the Report and Recommendation (ECF No. 24). This matter is now ready for consideration.

The Court finds that Plaintiff's objections do not offer any new issues of fact or law that would require the Court to deviate from the report. *See* 28 U.S.C. § 636(b)(1)(C). Upon review, the Court finds that the report is without clear error and should be and hereby is adopted *in toto*. Accordingly, it is **ORDERED** that Defendant's Motion for Summary Judgment (ECF No. 16) is **GRANTED**. Therefore, Plaintiff's Complaint (ECF No. 1) and supplement to the complaint (ECF No. 10) are **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED** this 25th day of April 2022.

.

/s/ Robert T. Dawson
**ROBERT T. DAWSON**
**SENIOR U.S. DISTRICT JUDGE**

1